IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| CLARA JEAN MCHENRY and BILLY JOE MCHENRY, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case Number: 2:15-CV-02037 |
| SPARKS REGIONAL MEDICAL CENTER, DAVID JEFFREY MILLER, D.O., CLINT EDWIN WOOD, M.D., and GARY D. FINE, D.O., | ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED COMPLAINT

COMES NOW the Plaintiffs, Clara Jean McHenry and Billy Joe McHenry, by and through their attorney of record, Tim K. Baker, and in support of their Amended Complaint against Defendants, Sparks Regional Medical Center, David Jeffrey Miller, D.O., Clint Edwin Wood, M.D., and Gary D. Fine, D.O., state and allege the following:

1. Plaintiffs Clara Jean McHenry and Billy Joe McHenry are current and at all times relevant to this lawsuit, residents and citizens of the City of Sallisaw, State of Oklahoma, and are husband and wife.

2. The Defendant, Sparks Regional Medical Center, is a non-profit corporation incorporated within the State of Arkansas, and with its principal place of business at Fort Smith, Arkansas.

3. The Defendant, David Jeffery Miller, D.O., is a physician licensed to practice medicine under the law of Arkansas, is a citizen of the State of Arkansas, and specializes in thoracic cardiovascular surgery in Fort Smith, Arkansas.

4.     The Defendant, Clint Edwin Wood, M.D., is a physician licensed to practice medicine under the law of Arkansas, is a citizen of the State of Arkansas, and specializes in diagnostic radiology in Fort Smith, Arkansas.

5.     The Defendant, Gary D. Fine, D.O., is a physician licensed to practice medicine under the law of Arkansas, is a citizen of the State of Arkansas, and specializes in cardiovascular disease, internal medicine, and nuclear cardiology in Fort Smith, Arkansas.

6.     The Plaintiffs bring their complaint under federal diversity jurisdiction, 28 U.S.C. § 1332(a)(1), as the parties are citizens of different states, with the Plaintiffs being from the State of Oklahoma and the Defendants being from the State of Arkansas, and the amount in controversy exceeds $75,000.00.

## COUNT I

7.     On or about February 2013, Plaintiff Clara McHenry consulted Dr. Gary D. Fine, D.O., for diagnosis and treatment for nonspecific EKG abnormalities, and referred Plaintiff for surgery.

8.     Dr. David Miller performed a triple bypass procedure on Plaintiff Clara McHenry on or about February 26, 2013, at Sparks Regional Medical Center in Fort Smith, Arkansas.

9.     During the procedure, Dr. Miller used a mismatched vein graft in order to bypass one of her coronary arteries.

10.    As a result of the mismatched vein graft, Plaintiff Clara McHenry developed blood pressure and kidney abnormalities, requiring hospitalization.

11.    As a result of the triple bypass procedure, Plaintiff Clara McHenry's oxygen saturation fell due to a large pleural effusion. Plaintiff Clara McHenry was required to be on oxygen for four months, until such time a procedure could be performed to remove the fluid.

12. Plaintiff Clara McHenry subsequently developed pulmonary calcifications, and now requires several inhalers, and has pleuritic chest pains, in addition to pressure-type chest pains on a regular basis.

13. Following a subsequent chemical stress test, Plaintiff Clara McHenry was advised by her doctor that the grafts placed by Dr. David Jeffrey Miller on February 26, 2013, had become blocked and that she would need a subsequent heart catheterization, or possibly another bypass procedure.

14. Adherence to the standard of care by the Defendants would, to a reasonable medical probability, have had a high probability of success, and not resulted in further injury to the Plaintiff.

15. The Defendants failed to exercise the reasonable and ordinary care, skill and ability ordinarily exercised by other board-certified physicians in the same or similar circumstances.

16. As a direct and proximate result of one or more of these aforesaid negligent acts or omissions, the Plaintiff Clara McHenry sustained great and severe personal injuries. These injuries caused the Plaintiff to experience great pain and suffering and caused the Plaintiff to become disabled. The Plaintiff was caused to expend considerable sums of money for necessary medical care and attention and may be liable for future medical expense for these injuries. The Plaintiff also sustained the loss of her enjoyment of a normal life. Plaintiff's injuries are of a permanent nature.

## COUNT II

For her second cause of action, Plaintiffs Clara Jean McHenry and Billy Joe McHenry allege:

17. Plaintiffs adopt and re-allege paragraphs 1-16 of the Complaint as though fully set forth herein.

18. On or about February 2014, Plaintiff Clara McHenry was advised by Dr. Gary Fine that she needed to have surgery immediately due to blockage in her carotid artery, and was scared into have the procedure, which was performed by Dr. Clint Wood.

19. On or about February16, 2014, Plaintiff Clara McHenry underwent the procedure to correct blockage in her carotid artery by Dr. Wood at Sparks Regional Medical Center in Fort Smith, Arkansas.

20. While being transferred from the operating table to a bed, staff of Sparks Regional Medical Center, acting within the scope of their employment, allowed Plaintiff Clara McHenry's head to drop, causing her head to hyperextend forcefully, injuring her neck and causing severe pain.

21. No medical treatment was provided by her physicians or by staff at Sparks Regional Medical Center following the incident.

22. Plaintiff Clara McHenry subsequently developed cervical disc disease and radiculitis, where she had no prior disease or pain.

23. Adherence to the standard of care by Defendants would, to a reasonable medical probability, have had a high probability of success, and not resulted in further injury to the Plaintiff

24. The Defendants failed to exercise the reasonable and ordinary care, skill and ability ordinarily exercised by other board-certified physicians in the same or similar circumstances.

25. That the Defendant employees of Sparks Regional Medical Center failed to exercise reasonable and ordinary care, skill and ability ordinary exercised by staff of hospitals in the same or similar circumstances.

26. As a direct and proximate result of one or more of these aforesaid negligent acts or omissions, the Plaintiff Clara McHenry sustained great and severe personal injuries. These injuries caused the Plaintiff to experience great pain and suffering and caused the Plaintiff to become disabled. The Plaintiff was caused to expend considerable sums of money for necessary medical care and attention and may be liable for future medical expense for these injuries. The Plaintiff also sustained the loss of her enjoyment of a normal life. Plaintiff's injuries are of a permanent nature.

## Count III

For her third cause of action, Plaintiffs Clara Jean McHenry and Billy Joe McHenry allege:

27. Plaintiffs adopts and re-alleges paragraphs 1-12 of the Complaint as though fully set forth herein.

28. At all times mentioned in this Petition, Plaintiff Billy Joe McHenry was and is the husband of the Plaintiff Clara Jean McHenry.

29. As a direct and proximate cause of Defendants' negligence, Plaintiff Billy Joe McHenry has suffered loss of consortium and consequent emotional distress.

WHEREFORE, Plaintiffs Clara Jean McHenry and Billy Joe McHenry demand judgment against the Defendants, and each of them in a sum of in excess of $75,000.00, plus their costs, and such other relief as is deemed just and proper.

          Respectfully Submitted,

          /s/ *Tim K. Baker*
          Tim K. Baker, OBA #461
          Tim K. Baker and Associates
          303 W. Keetoowah
          Tahlequah, OK  74464
          (918) 456-0618
          (918) 456-1983

ATTORNEY LIEN CLAIMED
JURY TRIAL DEMANDED