IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLARA JEAN and BILLY JOE MCHENRY                                    PLAINTIFFS

v.                                    Case No. 2:15-CV-02037

DAVID JEFFREY MILLER, D.O.; CLINT
EDWIN WOOD, M.D.; and GARY D. FINE, D.O.                            DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and

ADJUDGED that this matter is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 31st day of March, 2016.


/s/ P. K. Holmes, III
   P.K. HOLMES, III
   CHIEF U.S. DISTRICT JUDGE